No. 80–851. PRINGLE v. TEXAS. Appeal from County Court of Hale County, Tex., dismissed for want of substantial federal question.

No. 80–927. THOMAS v. CROUCH, JUDGE. Appeal from Sup. Ct. Mo. dismissed for want of substantial federal question.

No. 80–1303. POTOMAC EDISON Co. v. PENNSYLVANIA. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 80–1441. KODGER v. SINGH. Appeal from Ct. App. Ohio, Cuyahoga County, dismissed for want of substantial federal question.

No. 80–1360. GENERAL ATOMIC Co. v. UNITED NUCLEAR CORP. ET AL. Appeal from Sup. Ct. N. M. Motion of appellant to defer consideration of the appeal denied. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this motion and this case.

No. 80–5972. RUHL v. ALABAMA STATE BAR. Appeal from Sup. Ct. Ala. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.